No. 883, Misc.  FORD *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 885, Misc.  RULE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 887, Misc.  JEFFERSON *v.* WILLINGHAM, WARDEN. C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 890, Misc.  BENNETT *v.* NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 893, Misc.  FRIEND *v.* RHAY, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 895, Misc.  KING *v.* WILSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 897, Misc.  D'AMBROSIO *v.* FOLLETTE, WARDEN. C. A. 2d Cir.  Certiorari denied.  *Frank A. Lopez* for petitioner.

No. 898, Misc.  WATSON *v.* GREMILLION, ATTORNEY GENERAL OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 902, Misc.  WIMBERLEY *v.* MEYERS, JUDGE.  C. A. 9th Cir.  Certiorari denied.